**FILED**

FEB 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDA CABELLO GARCIA, on behalf of herself and others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; et al.,<br><br>Defendants - Appellees. | No. 23-35267<br><br>D.C. No. 3:22-cv-05984-BJR<br>U.S. District Court for Western Washington, Tacoma<br><br>**ORDER** |

The amicus brief submitted on June 23, 2023 by ASISTA Immigration Assistance and National Immigration Litigation Alliance is filed. No additional paper copies are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT