UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LINDA CABELLO GARCIA, on behalf of herself and others similarly situated,

Plaintiff-Appellant,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; et al.,

Defendants-Appellees.

No. 23-35267

D.C. No. 3:22-cv-05984-BJR
Western District of Washington, Tacoma

ORDER

Before: LEE and BRESS, Circuit Judges, and KANE,[*] District Judge.

The parties are directed to file simultaneous supplemental briefs addressing the impact on this case of *Nakka v. U.S. Citizenship & Immig. Servs.*, 111 F.4th 995 (9th Cir. 2024). The parties should also address decisions by the other circuits on the jurisdictional question under 8 U.S.C. § 1252(a)(2)(B)(i), and may address any additional matters germane to this Court's review. The supplemental briefs are due on or before September 20, 2024, and shall be no longer than 5,000 words each.

---

[*] The Honorable Yvette Kane, United States District Judge for the Middle District of Pennsylvania, sitting by designation.